UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CARLOS GARCIA, JR. and <br> DORA GARCIA <br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK TRUST COMPANY <br> AMERICAS F/K/A BANKERS TRUST <br> COMPANY AS TRUSTEE FOR SAXON <br> SECURITIES TRUST 2000-4 MORTGAGE <br> LOAN ASSET BACKED CERTIFICATES <br> SERIES 2000-4, *et al.*, <br> Defendants. | § § § § § § § § § § § § § <br><br> Civil Action No. 1:18-cv-075 |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (Docket No. 23) in the above-referenced civil action. No objections were filed by Plaintiffs. After a *de novo* review of the record, the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that Defendants' "Motion to Dismiss Original Petition" (Docket No. 3) is hereby **GRANTED**. Therefore, all of Plaintiffs' claims in the instant matter are hereby **DISMISSED** with prejudice.

The Clerk of the Court is hereby **ORDERED** to close the case.

Signed on this __21st__ day of __August__, 2018.

_____
Rolando Olvera
United States District Judge